**Order entered April 22, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01393-CV

### DOUGLAS B. CLARK III, ET AL., Appellants

### V.

### DEBORAH NEWMAN, ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00924**

## ORDER

We **GRANT** the parties' April 19, 2016 joint motion to extend briefing deadlines and

**ORDER** appellants' brief be filed by May 30, 2016 and appellees' brief be filed by June 29,

2016.

/s/    CRAIG STODDART
          JUSTICE